BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
 Social Security Administration
 Office of the General Counsel
 Office of Program Litigation, Division 7
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4830
   Facsimile: (415) 744-0134
   E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VALENTINE ALANIZ,<br><br>         Plaintiff,<br><br>    v.<br><br>LELAND DUDEK,<br>   Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 2:24-cv-09995-E<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1   The Court having approved the parties' Stipulation to Voluntary Remand
2   Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and to Entry of Judgment
3   ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS
4   HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned
5   action is remanded to the Commissioner of Social Security for further proceedings
6   consistent with the terms of the Stipulation to Remand.

DATED:   5/1/25

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE