Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX:  (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Valentine Alaniz

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALENTINE ALANIZ,<br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>    Defendant. | Case No.:  2:24-cv-09995-CV-E<br><br>ORDER FOR AWARD OF EAJA FEES |

1  Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

2  **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

3  ("EAJA") are awarded in the amount **TWO THOUSAND SEVEN HUNDRED**

4  **AND THIRTY NINE DOLLARS** ($3,273.00) as authorized by 28 U.S.C. §

5  2412(d), and subject to the terms and conditions of the Stipulation.

DATED: July 10, 2025

_____
HON. CHARLES F. EICK
United States Magistrate Judge